DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HUIELL DENTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2122

_____

January 3, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

Huiell Denton, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.